# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24460-GAYLES/REID

**DELMART E.J.M. VREELAND II,**

    Petitioner,

v.

**WARDEN SCOTT PRUITT, et al.,**

    Respondents.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on the Report of Magistrate Judge ("Report") [ECF No. 5]. On October 29, 2019, Petitioner Delmart E.J.M. Vreeland, II, filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1]. The case was referred to Magistrate Judge Lisette Reid for a Report and Recommendation. [ECF No. 2]. Judge Reid's Report recommended that the case be transferred to the Middle District of Florida as it is the appropriate venue. [ECF No. 5, at 2]. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint*

*Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having reviewed the Report for clear error, agrees with Judge Reid's well-reasoned analysis and findings that this case should be transferred.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Reid's Report [ECF No. 5] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) This case shall be transferred to the Middle District of Florida for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of November, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE